IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 04-10231-MLW |
| ) | |
| v.  ) | |
| ) | |
| PETER V. MAGGIO, III, *ET AL.* ) | |

## STATUS REPORT

The United States submits this report to the Court.

The superseding indictment was returned by the Grand Jury on August 12, 2004, as to all 7 defendants. The first initial appearance (defendant Paradiso) was held on September 28, 2004, and the last initial appearance was held on November 10, 2004 (defendant Havey).

The court (Magistrate Judge Dein) held status conferences on December 21, 2004 and February 18, 2005, and scheduled a status conference for April 4, 2005. The time from August 12, 2004 to April 4, 2005 has been excluded from the Speedy Trial Act.

The Government has engaged in preliminary plea discussions with some or all defense counsel.

Prosecution of defendant DeVeau was transferred to the Northern District of New York for entry of guilty pleas and sentencing, per Order (District Judge Wolf) entered on January 20, 2005.[1]

---

[1] The Order is not yet reflected on the ECT docket.

On January 19, 2005, counsel for defendant Havey filed a Motion To Strike Surplusage From Indictment. The Government did not oppose the motion for the reason that the subject language was included in the indictment in light of *Blakely v. Washington*, 524 U.S.___, 124 S.Ct. 2531 (2004), and such specification by the Grand Jury is moot in light of *United States v. Booker*,___ U.S.___, 125 S.Ct. 738 (2005). The Court (District Judge Wolf) granted the motion to strike surplusage on February 28, 2005.

By letter dated January 19, 2005, counsel for defendant Havey notified the Government of certain requests for discovery. By permitting essentially "open book" discovery, the Government is providing broad discovery which may satisfy some or all of the requests. The discovery requests are in any event reserved, pending ongoing discovery and plea discussions among some or all counsel. In the event that some or all remaining defendants were to proceed to trial, the Government will, at the appropriate time and among the appropriate defendants, request that discovery requests be conjoined among counsel as provided by Local Rule 116.3(H) (consolidated written defense requests and motions for discovery).

Counsel for three defendants reviewed documents at the FBI on February 28, 2005, and are scheduled to further review the documents, with defendants, on March 25, 2005.

Respectfully submitted this 1st day of March, 2005.

                              MICHAEL J. SULLIVAN
                              UNITED STATES ATTORNEY

By: _____
     VICTOR A. WILD
     Suite 9200
     One Courthouse Way
     Boston, MA 02210
     (617) 748-3100
     Mass. Bar No. 543148

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the attorneys listed below a copy of the foregoing document.

_____
VICTOR A. WILD
Assistant U.S. Attorney

James M. Merberg, Esq.  
66 Long Wharf  
Boston, MA 02110  
Attorney for Peter V. Maggio  

Joseph S. Oteri, Esq.  
20 Park Plaza  
Boston, MA 02116  
Attorney for Michael R. O'Neill  

Scott P. Lopez, Esq.  
24 School Street  
Boston, MA 02108  
Attorney for Louis A. Paradiso  

William M. White, Esq.  
1 Faneuel Hall, 3rd Floor  
Boston, MA 02109  
Attorney for Sean Sacco  

Edward Z. Menkin, Esq.  
Suite 909, 109 S. Warren St.  
Syracuse, NY 13202  
Attorney for Jeffrey DeVeau  

Elliott M. Weinstein, Esq.  
228 Lewis Wharf  
Boston, MA 02110  
Attorney for William A. Howe  

Roger Witkin, Esq.  
6 Beacon Street  
Boston, MA 02108  
Attorney for Matt A. Havey  

3