UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                          **CRIMINAL CASE**

                                                          **NO. 04-10231-MLW**
            V.

**PETER MAGGIO et al**
            Defendant(s)

### NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for an INITIAL PRETRIAL CONFERENCE on <u>SEPTEMBER 26, 2005</u> at 3:00 P.M. before Judge Wolf in Courtroom # 10 on the 5th floor.

                                                          SARAH A. THORNTON
                                                          CLERK OF COURT

**August 25, 2005**                         By:   /s/ Dennis O'Leary
            Date                                    Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                                  [ntchrgcnf.]
                                                          [kntchrgcnf.]