```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
                            )
     v.                     )    C.R. No. 04-10231-MLW
                            )
PETER V. MAGGIO, III, ET AL )
     Defendant(s).          )
```

ORDER

WOLF, D.J.                                    September 26, 2005

For the reasons described in detail in court on September 26, 2005, it is hereby ORDERED that:

1. The parties shall, by November 7, 2005, confer and report as to which of the defendants intend to go to trial.

2. The parties shall, by November 14, 2005, complete all discovery except for any discovery that is ordinarily due twenty-one days before trial as provided for in Local Rules 116.2(B)(2) and 117.1(A)(4).  See L.R. 116.2(B)(2) and L.R.117.1(A)(4).

3. Any Motion to Extend the Discovery Deadline shall be filed by November 7, 2005 and be accompanied by an affidavit explaining the steps taken by the parties to comply with this Order.

4. A pretrial conference shall be held on November 21, 2005 at 3:00 P.M.

5. With the agreement of the parties, the time from June 3, 2005 through November 21, 2005, is excluded for Speedy Trial Act

1

purposes because the ends of justice served by the delay outweigh the best interests of the public and the defendant in a speedy trial.  <u>See</u> 18 U.S.C. §3161(h)(8)(A).

<u>/s/ Mark L. Wolf</u>
UNITED STATES DISTRICT JUDGE
