

**U.S. Department of Justice**

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

---

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

January 19, 2006

Joseph S. Oteri, Esq.
20 Park Plaza
Boston, MA 02116

Elliot Weinstein, Esq.        Roger Witkin, Esq.
228 Lewis Wharf               6 Beacon Street
Boston, MA 02110              Boston, MA 02108

Scott Lopez, Esq.             William M. White, Esq.
24 School Street              1 Faneul Hall
Boston, MA 02108              Boston, MA 02109

    Re:   <u>United States v. Maggio, et al.</u>
           Criminal No. 04-10231-MLW

Dear Counsel:

    The Government has today delivered to Mr. Witkin, for all counsel, a copy of tax records and information received from the Internal Revenue Service Counsel.

                                           Very truly yours,

                                           MICHAEL J. SULLIVAN
                                           United States Attorney

                        By:   _____
                                           VICTOR A. WILD
                                           Assistant U.S. Attorney

cc:  Dennis O'Leary
      Clerk to Judge Wolf