# OTERI & LAWSON, P.C.
## ATTORNEYS AT LAW

20 PARK PLAZA, SUITE 905
BOSTON, MASSACHUSETTS 02116

(617) 227-3700

FAX (617) 338-9538

NIGHT EMERGENCY
(617) 705-2014

OTERI & LAWSON, P.C.

JOSEPH S. OTERI
JAMES W. LAWSON

JAMES H. BUDREAU
OF COUNSEL

March 1, 2006

Dennis O'Leary, Clerk
c/o Honorable Mark L. Wolf
Moakley United States Courthouse
One Courthouse Way, Room 5110
Boston, MA  02210

RE:   United States v. O'Neill, No. 04-10231-MLW

Dear Mr. O'Leary:

This letter confirms that Mr. O'Neill intends to go to trial on the above-titled matter.

Thank you.

Sincerely,

Joseph S. Oteri

JSO/lr
enc.
cc: Victor Wild, AUSA