**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>**UNITED STATES**</u>                                     **CRIMINAL  CASE**

<u>**NO.**</u> <u>**04-10231-MLW**</u>

**V.**

<u>**MICHAEL O'NEILL**</u>
              **Defendant(s)**

<u>**NOTICE OF HEARING**</u>

<u>**WOLF, D.J.**</u>

       PLEASE TAKE NOTICE that the above-titled case has been set for a RULE 11

HEARING on <u>JUNE 23, 2006</u> at 1:00 P.M. before Chief Judge Wolf in Courtroom # <u>10</u>

on the <u>5</u>[th] floor.

                                     **SARAH A. THORNTON**
                                     **CLERK OF COURT**

<u>**June 15, 2006**</u>                          **By:    <u>/s/ Dennis O'Leary</u>**
        **Date**                              **Deputy Clerk**

**Notice to:**
**(crim-notice.wpd - 7/99)**                       [ntchrgcnf.]
                                         [kntchrgcnf.]