**GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM
RE: MICHAEL O'NEILL**


**ATTACHMENT "A"**

TO: MCREGAN   DATE: 8/17   FROM: O'NEILL

**LESSEE / DEBTOR:**
Name: RICHARD DiDONATO DBA ONSITE POWER CRUSHING
Address: 835 BROADWAY
City, ST: EVERITT, MA 02149
Phone Number: (781) 389-4455
Contact Name:

Guarantor(s): RICHARD DiDONATO

**LESSOR / SECURED PARTY:**
Name:
Address:
City, ST:
Phone Number:
Contact Name:

Address: _____  City: ___ ST: ___

| Field | Value | Field | Value |
|---|---|---|---|
| Cost: | $480,000 | Term: | 48/48 |
| Down/Trade: | $106,800 | CIT Rate: | 9.75% |
| Sales Tax: | $28,800 | Cust Rate: | 10.9% |
| Financed Fee: | $300 | Penalty | |
| Bal to Finance: | $402,300 | # of Adv Rentals | 10,388 |
| Upfront Fee: | $___ | Advance ☐  Arrears ☐ | |

☐ Bill Tax Monthly
☐ CIT Collect Tax Upfront
☐ Tax Collected by Vendor
☐ Tax Exempt (Certificate Attached)

Rental Conversion  Yes ☐  No ☐
Balloon Payment ____
Purchase Option ____

**Proceeds to (including referral source):**
DeVEAY TRACTOR         $402,000
CIT ADC FEE            $100
Commodity Check        $200
_____                $___
                TOTAL  $402,300

Invoices Attached: ☐ Yes  ☐ No       When Follow? ____
Title Application: State ____         Who Handles? ____
Payoff Contact ____ Acct # ____ Ph # ____
Collateral: (1) NORBERG PVB 1008 VF PORTABLE
Location (if different from above): JAW CRUSHER S/N

COMMENTS _____

Any Known Liens:
Search: ST: ___ County: ___ City: ___
Search Service: ___ Date Documents Expected: ___

4/16/96

8/17/99

| THE CIT GROUP/EQUIPMENT FINANCING, INC. | "FAST FACTS CREDIT APPLICATION" |
|---|---|
| FAX: 602-858-1492 | Attn: Credit Department  DSM: O'NEILL  RA |

| DEALER: DeVEAY TRACTOR | CONTACT: JEFF DeVEAY |
|---|---|
| | PHONE NO.: (315) 455-6687 |

| BORROWER NAME: RICK AiDONATO  dba | FEDERAL ID NO.: |
|---|---|
| ADDRESS: ON SITE POWER CRUSHING  875 BROADWAY | NAME/ADD/SSN-OFFICERS, PRTNRS, PROPRIETOR: RICK AiDONATO |
| CITY/STATE: EVERITT, MA 02149 | SS# 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 |
| PHONE NO.: (781) 389-4455 | |
| TYPE OF BUSINESS: CS    YRS IN BUSINESS: 14 | |
| _CORP  _PTNRSHP  ✓PROP  _INDIV  _SUBSDRY | |

TYPE OF SALE: ☐ CONDITIONAL SALE CONTRACT  ☐ DEALER LEASE  ☐ DEALER LOAN

COLLATERAL DESCRIPTION:

| QTY | YR MFG | MAKE, MODEL & MAJOR ACCESSORIES | SERIAL NUMBER | SELLING PRICE |
|---|---|---|---|---|
| 1 | 1993 | NORBERG PVB1008 V.F PORTABLE JAW CRUSHING PLANT | | |
| 1 | " | " VB1008 SINGLE TOGGLE JAW CRUSHER | | |
| 1 | " | " ATV 1050 VIBRATING GRIZZLY FEEDER | | |

TRADE IN: ☐ LIEN ☐ YES ☐ NO

| QTY | YR MFG | MAKE, MODEL & MAJOR ACCESSORIES | SERIAL NUMBER | TI AMOUNT |
|---|---|---|---|---|
| 1 | " | NORBERG 130' 30" X 80' PORTABLE CONVEYOR | | |

| LIENHOLDER: | LIEN AMOUNT: | NET TRADE ALLOWANC |
|---|---|---|

| | | | |
|---|---|---|---|
| SELLING PRICE | 480,000 | RENTAL EQUITY:  NO. OF RENTALS PAID | DATE: 8/17/99 B |
| SALES TAX | 28,800 | GROSS AMT OF RNTLS | ☑ LOG-IN 8/99 W |
| CIT PROCESSING FEE | | LESS: INT. ON RNTLS PAID | ☑ PX 8/99 |
| TOTAL | 508,800 | NET RENTAL EQUITY | ☑ D&B Ø |
| DOWN PAYMENT | | | ☑ TRW |
| CASH | 58,800 | | ☐ BANK TRADE |
| TRADE-IN (NET) | — | DSM | |
| NET RENTAL EQTY | | | |
| TOTAL EQUITY (___%) | 58,800 | | |
| BALANCE TO FINANCE | 450,000 | PAYMENT SCHEDULE  _ EQUAL MONTHLY  _ OTHER (DEFINE)  _ CAPITAL LEASE  _ RESIDUAL LEASE  $/%____ | TERM  48   SKIP MONTHS |
| FINANCIALS ARE IN EXISTING CREDIT FILE. | | | $ 11,413 |
| | | | RATE TO BORROWER: 10 % |

CREDIT REFERENCES (PLEASE LIST ALL EQUIPMENT FINANCING SOURCES FOR LAST 5 YEARS):

| BANK: EAGLE BANK | PHONE: (617) 387-5110 | CONTACT: | ACCT NO.: |
|---|---|---|---|
| BANK: EQUIPMENT SERVICES | PHONE: (617) 605-0799 | CONTACT: FELICIA | ACCT NO.: |
| FINANCE CO.: ALANTRA EQPT. | PHONE: (516) 264-2350 | CONTACT: | ACCT NO.: |
| FINANCE CO.: MASS. EQPT. | PHONE: (781) 721-1779 | CONTACT: MICHELLE | ACCT NO.: |
| WORK REFERENCE: SEE ATTACHED LIST OF WORK | PHONE: | CONTACT: REFERENCES | |
| WORK REFERENCE: HANOVER INSURANCE | PHONE: (781) 321-9700 | CONTACT: | |

HEREBY AUTHORIZE THE ABOVE LISTED CREDITORS (BANKS, FINANCE COMPANIES, TRADE CREDITORS) TO RELEASE CREDIT INFORMATION TO THE CIT GROUP/EQUIPMENT FINANCING, INC.

| SIGNATURE | TITLE | DATE |
|---|---|---|