**GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM
RE: MICHAEL O'NEILL**

**ATTACHMENT "B"**

FD-302a (Rev. 10-6-95)

196D-BS-87162

Continuation of FD-302 of __JEFFREY A. DEVEAU__, On __7/19/00__, Page __10__

    In or around August, 1999, DEVEAU submitted a finance application for a Caterpillar 966F and a Komatsu PC 400 to O'NEILL. O'NEILL told DEVEAU over the phone that he would have to pay him forty percent of the finance commission on this transaction because O'NEILL had to use his fifteen years of clout as a CIT representative because they were unwilling to approve the financing.

    O'NEILL told DEVEAU that he ran a credit check on the person who was named as the company owner on one of the applications that was submitted. O'NEILL said the check revealed that the person in fact worked at JIFFY LUBE, not at a construction company.