UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 04-10231-MLW |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL R. O'NEILL | ) | |
| | ) | |

MOTION FOR RELIEF

Now comes the defendant, Michael R. O'Neill, by and through his attorney, Joseph S. Oteri, and requests that this honorable court grant him relief from the following situation:

Counsel for defendant, Joseph S. Oteri, has a long-standing sentencing scheduled for Tuesday, October 24, 2006 at 2:30 p.m. before Judge Lasker.  The defendant in this case lives in New York and will be present with his family and friends at the sentencing.

Defendant Michael O'Neill lives in Pennsylvania and will be present for the sentencing with his family and friends.  He is one of six defendants to be sentenced on October 24, 2006, commencing at 10:30 a.m.

Wherefore the defendant respectfully requests that this honorable court sentence him before 1:00 p.m. on Tuesday, October 24, 2006, or, in the alternative, continue his sentencing until another day.

          Respectfully submitted,
          By his attorney:

          */s/Joseph S. Oteri*
          Joseph S. Oteri
          Oteri & Lawson, P.C.
          20 Park Plaza, Suite 905
          Boston, MA  02116
          617-227-3700

Date:  October 20, 2006

## CERTIFICATE OF SERVICE

     I, Joseph S. Oteri, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 20, 2006.

          */s/Joseph S. Oteri*
          Joseph S. Oteri