Subj: **Fw: O'Neil Sentencing Memorandum**
Date: 10/6/2006 10:23:07 A.M. Eastern Standard Time
From: lroseowl@att.net
To: owljso@aol.com

----- Original Message -----
**From:** Edward Z. Menkin
**To:** lroseowl@att.net
**Sent:** Friday, October 06, 2006 7:55 AM
**Subject:** O'Neil Sentencing Memorandum

Dear Mr. Oteri,

We have not met or spoken before, but as you probably know I have represented Jeffrey Deveau in the Maggio Mess for several years. I read your impressive Sentencing Memorandum on behalf of Mr. O'Neil and I simply want to say that you've done an outstanding professional job. I hope things work out for the best for O'Neil and his family (always the people who are eventually most harmed by a defendant's conduct).

I also want you to know that AUSA Victor Wild had reached out to my client (through me) for "input" & comment on Mr. O'Neil's version of his offense. Jeffrey declined to comment. I can't & won't share what he wrote to me in response to Victor's request except to tell you Jeffrey commented that "I don't wish this on anyone." Victor won't be hearing from us.

Kindest regards,

Ed Menkin


Edward Z. Menkin, Esq.
909 State Tower Building
109 South Warren Street
Syracuse, New York 13202
315-425-1212
FAX 315-425-7164
http://www.edmenkin.com