IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **United States of America** : | |
|         Plaintiff : | Civil Action No.: 1:04-cr-10231 |
| : | |
| vs. : | |
| : | |
| **Peter V. Maggio, III, etal.** : | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 and the attached certification, counsel moves the admission *pro hac vice* of Joseph M. Toddy, Esquire to represent Defendant, Michael R. O'Neill in this matter.

                              OTERI, WEINBERG & LAWSON

                              BY:   /s/Joseph Oteri
                                    JOSEPH OTERI, ESQUIRE
                                    Attorney I.D. No. 380865
                                    20 Park Plaza, Suite 905
                                    Boston, MA 02116
                                    617-227-3700
                                    Attorney for Defendant

### ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's Motion for Admission *Pro Hac Vice* is **GRANTED**.

DATE: _____    _____
                                                         United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America<br>          Plaintiff<br><br>vs.<br><br>Peter V. Maggio, III, etal. | Civil Action No.: 1:04-cr-10231 |

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Pennsylvania, New Jersey, New York, The U.S. Third Circuit and Court of Appeals, U.S.D.C. for Eastern and Middle Districts of Pennsylvania and the District of New Jersey and there are no disciplinary proceedings pending against me. I also certify I am generally familiar with this Court's Local Rules.

ZARWIN, BAUM, DeVITO, KAPLAN,
SCHAER, TODDY, P.C.

BY:    /s/Joseph M. Toddy
         JOSEPH M. TODDY, ESQUIRE
         1515 Market Street, Suite 1200
         Philadelphia, PA 19102
         Attorney I.D. #42484
         (215) 569-2800

DATE:  October 23, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this date true and correct copies of the foregoing Motion and Order for Admission Pro Hac Vice, along with the attached Certification by Counsel to be Admitted Pro Hac Vice, was filed and served upon counsel of record via the Court's electronic filing and notification system.

Date: October 23, 2006            /s/ Joseph Oteri
                                  JOSEPH OTERI, ESQUIRE