## DEVEAU LOANS SORTED BY DATE

| LOAN DATE | INV # | BORROWER | LENDER | COMPANY | SELLER | LOAN AMT | NET LOSS |
|---|---|---|---|---|---|---|---|
| 03/02/1998 | 1001 | MEAGHER, RICHARD N | THE CIT GROUP/EQUIPMENT FINANCING INC. | | DEVEAU FORD TRACTOR | $123,250.00 | |
| 06/08/1998 | 9009 | MEAGHER, RICHARD N | NEW HOLLAND CREDIT COMPANY, LLC | RICHARD N MEAGHER | DEVEAU FORD TRACTOR | $416,539.00 | $163,380.18 |
| 11/19/1998 | 3001 | PARADISO, LOUIS | THE CIT GROUP/EQUIPMENT FINANCING INC. | EARTH MANAGEMENT & EQUIPMENT CO | DEVEAU FORD TRACTOR | $617,400.00 | $392,242.32 |
| 12/08/1998 | 9002 | PARADISO, LOUIS | NEW HOLLAND CREDIT COMPANY, LLC | EARTH MANAGEMENT & EQUIPMENT CO, INC | DEVEAU FORD TRACTOR | $175,039.00 | $175,039.00 |
| 12/18/1998 | 9003 | PARADISO, LOUIS | NEW HOLLAND CREDIT COMPANY, LLC | EARTH MANAGEMENT & EQUIPMENT CO, INC | DEVEAU FORD TRACTOR | $173,988.50 | $91,246.83 |
| 01/15/1999 | 5661 | PARADISO, LOUIS | THE CIT GROUP/EQUIPMENT FINANCING INC. | EARTH MANAGEMENT & EQUIPMENT CO | DEVEAU FORD TRACTOR INC | $382,000.00 | $254,480.44 |
| 01/17/1999 | 9001 | FENNO, ANGELO | NEW HOLLAND CREDIT COMPANY, LLC | A FENNO AND SONS CO | DEVEAU FORD TRACTOR | $732,039.00 | $672,672.99 |
| 02/01/1999 | 9001 | PARADISO, LOUIS | NEW HOLLAND CREDIT COMPANY, LLC | EARTH MANAGEMENT & EQUIPMENT CO | DEVEAU FORD TRACTOR | $125,039.00 | $109,074.84 |
| 02/10/1999 | 9001 | CROTEAU, GARY | NEW HOLLAND CREDIT COMPANY, LLC | CROTEAU TRUCKING CORPORATION | DEVEAU FORD TRACTOR | $241,789.00 | $140,239.24 |
| 02/10/1999 | 9002 | SACCO, SEAN | NEW HOLLAND CREDIT COMPANY, LLC | S & S TRUCKING CO | DEVEAU FORD TRACTOR | $133,189.00 | $30,375.56 |
| 02/15/1999 | 9003 | ZUCCHARI, DEANNA | NEW HOLLAND CREDIT COMPANY, LLC | S & S TRUCKING | DEVEAU FORD TRACTOR | $131,269.00 | $96,445.74 |
| 03/10/1999 | 9001 | PESELLA, SUSAN | NEW HOLLAND CREDIT COMPANY, LLC | S.P. CONSTRUCTION SERVICES | DEVEAU FORD TRACTOR | $334,639.00 | $217,316.16 |
| 03/24/1999 | 9003 | PESELLA, SUSAN | NEW HOLLAND CREDIT COMPANY, LLC | S P CONSTRUCTION | DEVEAU FORD TRACTOR | $165,939.00 | $143,379.41 |
| 03/30/1999 | 9001 | FALCUCCI, ANGELO | NEW HOLLAND CREDIT COMPANY, LLC | FALCUCCI CONSTRUCTION CO INC | DEVEAU FORD TRACTOR | $316,039.00 | $193,482.30 |
| 04/19/1999 | 9005 | PARADISO, LOUIS | NEW HOLLAND CREDIT COMPANY, LLC | EARTH MANAGEMENT & EQUIPMENT CO, INC | DEVEAU FORD TRACTOR | $580,539.00 | $211,228.50 |
| 05/11/1999 | 9002 | FALCUCCI, ANGELO | NEW HOLLAND CREDIT COMPANY, LLC | FALCUCCI CONSTRUCTION CO INC | DEVEAU FORD TRACTOR | $509,275.00 | $421,795.60 |
| 06/17/1999 | 1002 | FALCUCCI, ANGELO | VOLVO COMMERCIAL FINANCE LLC | FALCUCCI CONSTRUCTION | DEVEAU FORD TRACTOR | $116,395.00 | $80,738.26 |
| 06/17/1999 | 6166 | PARADISO, LOUIS | THE CIT GROUP/EQUIPMENT FINANCING INC. | EARTH MANAGEMENT & EQUIPMENT CO | DEVEAU FORD TRACTOR INC | $140,700.00 | $56,332.65 |
| 06/24/1999 | 9001 | HAVEY, MATHEW A | NEW HOLLAND CREDIT COMPANY, LLC | MATHEW A HAVEY | DEVEAU FORD TRACTOR | $223,807.28 | $180,503.45 |
| 06/25/1999 | 6560 | SACCO, SEAN | THE CIT GROUP/EQUIPMENT FINANCING INC. | S & S TRUCKING | DEVEAU FORD TRACTOR INC | $80,000.00 | $22,835.65 |
| 07/13/1999 | 9001 | PESELLA, SUSAN | NEW HOLLAND CREDIT COMPANY, LLC | S P CONSTRUCTION SERVICES | DEVEAU FORD TRACTOR | $72,139.00 | $61,636.28 |
| 07/21/1999 | 8029 | HAVEY, MATHEW A | THE CIT GROUP/EQUIPMENT FINANCING INC. | METROPOLITAN TRANSPORTATION & EQUIPMENT | DEVEAU FORD TRACTOR INC | $121,020.00 | $112,304.46 |
| 07/21/1999 | 8128 | PARADISO, LOUIS | THE CIT GROUP/EQUIPMENT FINANCING INC. | EARTH MANAGEMENT & EQUIPMENT CO | DEVEAU FORD TRACTOR | $141,815.00 | $131,667.93 |
| 07/28/1999 | 9001 | DIDONATO, RICHARD | NEW HOLLAND CREDIT COMPANY, LLC | ONSITE POWER CRUSHING | DEVEAU FORD TRACTOR | $825,039.00 | $749,206.83 |
| 07/28/1999 | 1002 | MEAGHER, RICHARD N | THE CIT GROUP/EQUIPMENT FINANCING INC. | | DEVEAU FORD TRACTOR | $172,475.00 | |
| 07/30/1999 | 3872 | PESELLA, SUSAN | THE CIT GROUP/EQUIPMENT FINANCING INC. | S.P. CONSTRUCTION SERVICES | DEVEAU FORD TRACTOR INC | $320,860.00 | $310,843.26 |
| 08/18/1999 | 4550 | DIDONATO, RICHARD | THE CIT GROUP/EQUIPMENT FINANCING INC. | ONSITE POWER CRUSHING | DEVEAU FORD TRACTOR INC | $289,850.00 | $174,726.78 |
| 08/27/1999 | 5097 | DIDONATO, RICHARD | THE CIT GROUP/EQUIPMENT FINANCING INC. | ONSITE POWER CRUSHING | DEVEAU FORD TRACTOR INC | $450,000.00 | $369,847.55 |
| 09/13/1999 | 9001 | PALERMO, ROGER | NEW HOLLAND CREDIT COMPANY, LLC | WILMINGTON TRANSPORTATION & EQUIPMENT CO. | DEVEAU FORD TRACTOR | $482,039.00 | $462,898.70 |
| 09/20/1999 | 9001 | ZUCCHARI, DEANNA | NEW HOLLAND CREDIT COMPANY, LLC | NORTHEAST CONSTRUCTION & EQUIPMENT CORP | DEVEAU FORD TRACTOR | $89,935.00 | $84,434.15 |
| 10/06/1999 | 7792 | SACCO, SEAN | THE CIT GROUP/EQUIPMENT FINANCING INC. | S & S TRUCKING | DEVEAU FORD TRACTOR INC | $191,500.00 | $147,884.12 |
| 10/13/1999 | 6500 | PARADISO, LOUIS | THE CIT GROUP/EQUIPMENT FINANCING INC. | EARTH MANAGEMENT & EQUIPMENT CO | DEVEAU FORD TRACTOR INC | $383,010.00 | $245,320.63 |
| 10/14/1999 | 1002 | PARADISO, LOUIS | NEW HOLLAND CREDIT COMPANY, LLC | EARTH MANAGEMENT & EQUIPMENT CO, INC | DEVEAU FORD TRACTOR | $333,539.00 | $82,514.15 |
| 10/14/1999 | 9002 | PALERMO, ROGER | NEW HOLLAND CREDIT COMPANY, LLC | WILMINGTON TRANSPORTATION & EQUIPMENT | DEVEAU FORD TRACTOR | $947,408.00 | $515,087.04 |
| 10/20/1999 | 9002 | HAVEY, MATHEW A | NEW HOLLAND CREDIT COMPANY, LLC | METROPOLITAN CRUSHING & MATERIALS | DEVEAU FORD TRACTOR | $626,480.12 | $626,480.12 |
| 11/03/1999 | 9001 | WINN, HAROLD T. | NEW HOLLAND CREDIT COMPANY, LLC | INDUSTRIAL EQUIPMENT & DISMANTLING | DEVEAU FORD TRACTOR | $408,229.00 | $403,514.20 |
| 11/23/1999 | 0519 | WINN, HAROLD T. | THE CIT GROUP/EQUIPMENT FINANCING INC. | INDUSTRIAL EQUIPMENT & DISMANTLING | DEVEAU FORD TRACTOR INC | $625,000.00 | $527,645.38 |
| 01/04/2000 | 9001 | GAETANO, VICTOR | NEW HOLLAND CREDIT COMPANY, LLC | NORTHEAST REMEDIATION SERVICES | DEVEAU FORD TRACTOR | $490,039.00 | $396,394.39 |
| 01/07/2000 | 4472 | FENNO, ANGELO | THE CIT GROUP/EQUIPMENT FINANCING INC. | A, FENNO & SONS, CO | DEVEAU FORD TRACTOR INC | $160,800.00 | $90,879.46 |
| 01/30/2000 | 9002 | SACCO, MICHAEL | NEW HOLLAND CREDIT COMPANY, LLC | MICHAEL SACCO DBA EASTERN TRUCKING | DEVEAU FORD TRACTOR | $484,039.00 | $460,838.22 |
| 02/02/2000 | 6176 | FENNO, ANGELO | THE CIT GROUP/EQUIPMENT FINANCING INC. | A, FENNO & SONS, CO | DEVEAU FORD TRACTOR | $160,000.00 | $160,000.00 |
| 02/03/2000 | 6269 | GAETANO, VICTOR | THE CIT GROUP/EQUIPMENT FINANCING INC. | NORTHEAST REMEDIATION SERVICES | DEVEAU FORD TRACTOR INC | $553,500.00 | $324,279.80 |
| 02/03/2000 | 9002 | DEMASI, TODD | NEW HOLLAND CREDIT COMPANY, LLC | NORTH SUBURBAN BITUMINOUS | DEVEAU FORD TRACTOR | $416,039.00 | $409,570.92 |
| 02/08/2000 | 6499 | DEMASI, TODD | THE CIT GROUP/EQUIPMENT FINANCING INC. | NORTH SHORE BITUMINOUS | DEVEAU FORD TRACTOR INC | $655,250.00 | $537,088.42 |
| 02/10/2000 | 9001 | CALLAWAY, DAVID | NEW HOLLAND CREDIT COMPANY, LLC | INDEPENDENT EQUIPMENT | DEVEAU FORD TRACTOR | $175,589.00 | $101,045.08 |
| 02/18/2000 | 7501 | CALLAWAY, DAVID | THE CIT GROUP/EQUIPMENT FINANCING INC. | INDEPENDENT EQUIPMENT | DEVEAU FORD TRACTOR INC | $568,400.00 | $452,548.69 |
| 02/24/2000 | 9001 | MACDONALD, ROBERT | NEW HOLLAND CREDIT COMPANY, LLC | MACDONALD CONTRACTING | DEVEAU FORD TRACTOR | $146,639.00 | $146,639.00 |
| 04/04/2000 | 9001 | WINTER, ERIC R | NEW HOLLAND CREDIT COMPANY, LLC | E R WINTER TRANSPORTATION & EQUIPMENT CORP | DEVEAU FORD TRACTOR | $224,746.00 | $154,507.86 |
| | | | | # OF LOANS | | 48 | |
| | | | | # OF EQUIPMENT | | 116 | |
| | | | | TOTAL ALL | | $16,234,073.90 | $11,892,612.54 |
| | | | | TOTAL FROM 2/1/99 TO 4/4/00 | | $13,613,829.40 | $10,143,550.88 |