UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA } | |
| } | |
| } | |
| v. } | CRIMINAL NO: 04-10231-MLW |
| } | |
| MICHAEL O'NEILL } | |

### DEFENDANT'S SENTENCING RECOMMENATION

Now comes Defendant, Michael O'Neill, who recommends that this Honorable Court impose of sentence of one year and one day confinement, two years supervised release, and restitution of $61,000.00.

Respectfully submitted,
By his attorney:

*/s/Joseph S. Oteri*
Joseph S. Oteri
Oteri & Lawson, P.C.
20 Park Plaza, Suite 905
Boston, MA  02116
617-227-3700

Date:  November 17, 2006

CERTIFICATE OF SERVICE

I, Joseph S. Oteri, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 17, 2006.

*/s/Joseph S. Oteri*
Joseph S. Oteri