# OTERI & LAWSON, P.C.
## ATTORNEYS AT LAW

20 PARK PLAZA, SUITE 905
BOSTON, MASSACHUSETTS 02116

(617) 227-3700

FAX (617) 338-9538

NIGHT EMERGENCY
(617) 705-2014

OTERI & LAWSON, P.C.

JOSEPH S. OTERI
JAMES W. LAWSON

JAMES H. BUDREAU
OF COUNSEL

November 21, 2006

The Honorable Mark L. Wolf
U.S. District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Room 5110
Boston, MA 02210

RE: United States v. O'Neill, No. 04-10231-MLW

Dear Judge Wolf:

I author this letter to respectfully request that you recommend to the Federal Bureau of Prisons that my client, Michael O'Neill, who was sentenced on November 20, 2006, be designated to serve his sentence at either FCI Fairton in Fairton, New Jersey, or FCI Schuykill in Minersville, Pennsylvania.

Also, you assessed a $7,500.00 fine to be paid upon the completion of payment of restitution. Would you please order that no interest on the fine be due until such time as restitution has been paid?

Thank you for your consideration of these matters.

Sincerely,

/s/ Joseph S. Oteri

JSO/lr

cc: Sean Buckley
    U.S. Probation Officer