UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA } | |
| } | |
| } | |
| v.                                             } | CRIMINAL NO: 04-10231-MLW |
| } | |
| MICHAEL O'NEILL                  } | |

MOTION TO CONTINUE REPORTING DATE

Now comes the defendant, Michael O'Neill, and respectfully requests that this honorable court continue the date on which he is to commence his prison sentence, from January 8, 2007, to February 12, 2007, and states as his reason therefore the following:

1. On Wednesday, January 3, 2007, the defendant contacted the United States Marshal's office in Boston, and spoke to Deputy Marshal Ron Bevins, who advised him that he knew nothing about O'Neill's situation, and that he did not have a Judgment and Commitment order from the court in relation to O'Neill's situation;

2. On this same day, after learning of this situation from O'Neill, my secretary called Deputy Marshal Bevins and he repeated the facts stated in Paragraph 1;

3. On Thursday, January 4, 2007, O'Neill had not received his designation. I called Deputy Bevins and reviewed the situation with him. Upon checking his computer he learned that the Judgment and Commitment Order had been docketed last night; and

4. Deputy Bevins advised me that the Bureau of Prisons needs approximately four weeks to make the designation.

Wherefore the defendant respectfully asks that this honorable court change his reporting date from January 8, 2007, to February 12, 2007.

    Respectfully submitted,
By his attorney:

*/s/Joseph S. Oteri*
Joseph S. Oteri
Oteri & Lawson, P.C.
20 Park Plaza, Suite 905
Boston, MA  02116
617-227-3700

Date:  January 4, 2007

## CERTIFICATE OF SERVICE

I, Joseph S. Oteri, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 4, 2007.

*/s/Joseph S. Oteri*
Joseph S. Oteri