UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:04-CR-10231-006-MLW |
| ) | |
| MICHAEL R. O'NEILL ) | |
| ) | |
| Defendant, ) | |

**NOTICE OF APPEARANCE**

Please include the undersigned as local counsel for the plaintiff, United States of America, for purposes of notification of filings in the above-captioned matter.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:    /s/ Christopher R. Donato
        CHRISTOPHER R. DONATO
        Assistant U.S. Attorney
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3303

Dated: April 26, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th of April 2007, this document was filed through the ECF system and sent electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

        /s/ Christopher R. Donato
        CHRISTOPHER R. DONATO
        Assistant U.S. Attorney