UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA  :
                          :
                          :
v.                        :   NO: 1:04-CR-10231-006-MLW
                          :
MICHAEL O'NEILL           :


**DEFENDANT O'NEILL'S MOTION TO
TRANSFER VENUE AND REQUEST HEARING**

Now comes the defendant, Michael R. O'Neill, who respectfully files this Motion to Transfer Venue and to Request a Hearing in response to the Notices of Garnishment served by the United States upon him, and moves this Court as follows:.

1.   Defendant resides outside the Federal judicial district in which this Honorable Court is located.

2.   Defendant resides in the Federal judicial district for the Eastern District of Pennsylvania.

3.   The garnishment petitions on their face indicate that the defendant (and his family) reside in West Chester, Pennsylvania.

4.   Defendant is currently incarcerated and is serving his sentence at the Federal Correctional Institution (FCI) - Schuylkill in Minersville, Pennsylvania.

5.   Defendant's home and the location of his incarceration are both located within the jurisdiction of the United States District Court for the Eastern District of Pennsylvania.

6.  Defendant requests that the matter be transferred to the jurisdiction for the Eastern District of Pennsylvania and further requests a hearing be held in that venue to determine the propriety of the garnishment petitions..

WHEREFORE, Defendant Michael R. O'Neill, respectfully requests that the matter be transferred to the jurisdiction of the Eastern District of Pennsylvania, and further, that a hearing be held to determine the propriety of the garnishment petitions.

> Respectfully submitted,
> By his attorneys:
>
> */s/Joseph S. Oteri*
> Joseph S. Oteri
> Oteri & Lawson, P.C.
> 20 Park Plaza, Suite 905
> Boston, MA  02116
> 617-227-3700
>
> /s/Joseph M. Toddy
> Joseph M. Toddy
> Zarwin, Baum, DeVito,
> Kaplan, Schaer & Toddy, P.C.
> 1515 Market Street, Suite 1200
> Philadelphia, PA  19102
> (215) 569-2800

Dated: May 8, 2007

## CERTIFICATE OF SERVICE

We, Joseph S. Oteri, and Joseph M. Toddy, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 8, 2007.

> */s/Joseph S. Oteri*
> Joseph S. Oteri
>
> */s/ Joseph M. Toddy*
> Joseph M. Toddy