

FILED
CLERKS OFFICE

2007 MAY 11   P 12: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

P.O. Box 2600
Valley Forge, PA 19482-2600

www.vanguard.com

May 9, 2007

Clerk of the United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: **United States of America, Plaintiff v. Michael R. O'Neill, Defendant
and The Vanguard Group, Inc., Garnishee
1:04-CR-10231-006-MLW**

To Whom It May Concern:

The Vanguard Group, Inc., hereby respectfully submits its Answers of Garnishee in the above-referenced matter. Kindly file the originals and return the copies bearing your date-stamp to me in the enclosed postage-paid self-addressed envelope.

If you have any questions or need further assistance, please contact Rosemarie Sciarretta at 610/669-6294. Thank you.

Sincerely,

Susan McGovern
Custodian of Records


Enclosures


cc:   Christopher R. Donato AUSA
      Joseph Oteri, Esquire


#92144, 1