UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff, | )<br>)<br>) |
| v. | )    1:04-CR-10231-006-MLW<br>) |
| MICHAEL R. O'NEILL,<br>          Defendant, | )<br>)<br>) |
| *and* | )<br>) |
| VANGUARD GROUP,<br>          Garnishee. | )<br>) |

**GOVERNMENT'S MOTION TO ENTER GARNISHMENT ORDER**

As more fully detailed in the memorandum of law filed herewith, the United States of America, by its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Christopher R. Donato, Assistant United States Attorney, respectfully also requests that this Court enter an Order approving the Writ of Garnishment against property belonging to the defendant pursuant to 18 U.S.C. § 3613(a) and 28 U.S.C. § 3205(c)(7).

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorney,

MICHAEL J. SULLIVAN
United States Attorney

Dated: May 30, 2007    By:    /S/ Christopher R. Donato
                                                  Christopher R. Donato
                                                  Assistant U.S. Attorney
                                                  U.S. Attorney's Office
                                                  John Joseph Moakley Courthouse
                                                  1 Courthouse Way, Suite 9200
                                                  Boston, MA 02210
                                                  (617) 748-3103

## CERTIFICATE OF SERVICE

      I hereby certify that the above-document was filed through the ECF system electronically to any registered participants and a paper copy was sent by mail to those indicated as non-registered participants.

Dated: May 30, 2007                          /S/ Christopher R. Donato
                                                  Christopher R. Donato
                                                  Assistant U.S. Attorney