UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:04-CR-10231-006-MLW |
| | ) | |
| MICHAEL R. O'NEILL, | ) | |
| Defendant, | ) | |
| | ) | |
| *and* | ) | |
| | ) | |
| VANGUARD GROUP, | ) | |
| Garnishee. | ) | |

GARNISHMENT ORDER

**AND NOW**, this _____ day of _____, 2007, after a hearing to consider

the government's motion pursuant to 28 U.S.C. § 3205(c)(7) requesting the Court to enter a

Order approving a Writ of Garnishment against certain property owned by the defendant, it is

hereby

**ORDERED** that the government's motion requesting the Court to enter a Garnishment

Order is **GRANTED**; and it is further

**ORDERED** that the garnishment against the Individual Retirement Account ("IRA")

entitled "Vanguard Fiduciary Trust Company Custodian for the Traditional IRA of Michael R.

O'Neill," in the possession of Vanguard Group ("Garnishee"), belonging to the defendant, is

**APPROVED**; and it is further

**ORDERED** that Garnishee Vanguard Group shall immediately pay to the United States

of America all funds due and owing to the defendant held in the Individual Retirement Account

("IRA") entitled "Vanguard Fiduciary Trust Company Custodian for the Traditional IRA of

Michael R. O'Neill," until (1) the debt imposed in this case is paid in full; (2) the Garnishee no longer has custody, possession or control of any property belonging to the defendant; or (3) further Order of the Court; and it is further

**ORDERED** that the defendant shall be entitled to deduct from the payment set forth above all estimated federal taxes resulting from the liquidation of his accounts and the garnishee shall remit such funds to the defendant or his designated representative; and it is further

**ORDERED** that the Garnishee shall immediately forward payment to the United States of America by check payable to the "Clerk, U.S. District Court," and shall forward the payment to the United States Attorney's Office, John Joseph Moakley Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210 (<u>Attn</u>: Nancy Rojas, Financial Litigation Unit).

Dated: _____         _____
                                       **THE HONORABLE MARK L. WOLF**
                                       **CHIEF JUDGE**
                                       **UNITED STATES DISTRICT COURT**
                                       **DISTRICT OF MASSACHUSETTS**