UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | NO: 1:04-CR-10231-006-MLW |
| | : | |
| MICHAEL O'NEILL | : | |

## DEFENDANT O'NEILL'S OBJECTION TO ANSWER OF GARNISHEE (VANGUARD) AND MOTION TO QUASH WRIT OF GARNISHMENT

Now comes the defendant, Michael R. O'Neill, who respectfully files this Objection to the Answer of the Garnishee, Vanguard Group, and further moves to quash the Writ of Garnishment as follows:

1.  Defendant has requested a hearing and a change of venue.

2.  Defendant asserts that for the reasons set forth in the attached Memorandum of Law, the property at issue should not be subject to garnishment.

WHEREFORE, Defendant Michael R. O'Neill, respectfully requests that the Writ of Garnishment be quashed.

Respectfully submitted,
By his attorneys:

*/s/Joseph S. Oteri*
Joseph S. Oteri
Oteri & Lawson, P.C.
20 Park Plaza, Suite 905
Boston, MA  02116
617-227-3700

/s/Joseph M. Toddy
Joseph M. Toddy
Zarwin, Baum, DeVito,
Kaplan, Schaer & Toddy, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA  19102
(215) 569-2800

Dated: May 31, 2007

<u>CERTIFICATE OF SERVICE</u>

We, Joseph S. Oteri, and Joseph M. Toddy, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 31, 2007.

<u>/s/Joseph S. Oteri</u>
Joseph S. Oteri

<u>/s/ Joseph M. Toddy</u>
Joseph M. Toddy